COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Cause No. 01-14-0703-CV; *Christoph Henkel, Appellant v. Emjo Investments, Ltd. and H.J. von der Goltz, Appellees*

Date motion filed:     October 13, 2015

Type of motion:     Motion for rehearing

Party filing motion:     Appellant

       The Court requests a response to the motion for rehearing. *See* TEX. R. APP. P. 49.2. The response, if any, should be filed by November 6, 2015.

Judge's signature:     /s/ Jane Bland
                     Jane Bland
                     Justice, acting individually

                     Panel consists of Justices Jennings, Bland, and Brown.

Date:     October 15, 2015